IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NEKIA ROSHUNE FRENCH
              PETITIONER
ADC #103610

5:12CV00365 SWW

RAY HOBBS                   RESPONDENT
Director, Arkansas
Department of Correction

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of December, 2012.

                 /s/Susan Webber Wright
                 UNITED STATES DISTRICT JUDGE